IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

| | |
|---|---|
| **VIRGINIA ENGLISH,**<br><br>       Plaintiff,<br><br>v.<br><br>**ABERCROMBIE AND FITCH STORES, INC. d/b/a HOLLISTER CO., and ABERCROMBIE & FITCH MANAGEMENT CO.**<br><br>       Defendants. | Case No. 1:23-cv-128-GNS |

## NOTICE OF REMOVAL

Defendants Abercrombie & Fitch Stores, Inc. d/b/a Hollister Co. and Abercrombie & Fitch Management Co. ("Defendants"), hereby give notice of the removal pursuant to 28 U.S.C. § 1441 *et. seq.*, of the following action filed against it: *Virginia English v. Abercrombie and Fitch Stores, Inc. d/b/a/ Hollister Co. and Abercrombie & Fitch Management Co.*, in Warren Circuit Court, Kentucky, 23-CI-01273. Copies of all pleadings received by each Defendant, the Summons and Complaint, are attached as **Exhibits A** and **B**, respectively. In support of this removal, Defendants would show the Court as follows:

1. According to the Complaint, Plaintiff is an individual who resides in Cross Plains, Tennessee.

2. Defendant Abercrombie & Fitch Stores, Inc. is an Ohio Corporation, with its principle place of business in New Albany, Ohio.

3. Defendant Abercrombie & Fitch Management Co. is an Ohio Corporation, with its principle place of business in New Albany, Ohio.

4. Plaintiff's Complaint was filed on September 14, 2023.

5. Defendants were served with the complaint on September 19, 2023. Fewer than 30 days have passed since Defendants were served with the Complaint.

6. Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

7. The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. The Complaint seeks compensatory damages in an unspecified amount. The Complaint alleges that Plaintiff has been severely injured, and has suffered: medical and related expenses, past present, and future; physical pain and mental suffering, past, present, and future; and loss of enjoyment of life, past, present, and future. Plaintiff seeks to recover the full monetary value of her alleged injuries and damages together will all available interest at the maximum legal rate.

8. A written notice of the filing of this Notice of Removal has been served on counsel for Plaintiff as required by 28 U.S.C. § 1446(d).

9. A true and exact copy of this Notice of Removal and a Notice of Filing of Notice of Removal will be filed contemporaneously with the Circuit Court of Warren County at the Clerk's Office in accordance the provisions of 28 U.S.C. § 1446(d). A true and exact copy of this Notice of Filing of Notice of Removal is attached hereto as **Exhibit C**.

10. In making this Notice of Removal, Defendants specifically preserve the defenses available to it pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants hereby give notice of the removal of this action pending in the County of Warren Circuit Court, to the United States District Court for the Western District of Kentucky, Bowling Green, and request that the proceedings be held thereon.

Respectfully submitted,

*s/Byron Leet*
Bryon Leet, #40808
James C. Bradshaw III, #85633
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
Telephone: 615.244.0020
Facsimile: 615.256.1726
bleet@wyattfirm.com
jbradshaw@wyattfirm.com

*Counsel for Defendants Abercrombie & Fitch Stores, Inc. d/b/a Hollister Co. and Abercrombie & Fitch Management Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served via U.S. mail, postage prepaid, upon the following on this the 9th day of October, 2023:

Mariana Goff
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42102
270-782-6003, Ext. 209
FAX 270-843-0446
mgoff@hughesandcoleman.com

*s/Byron Leet*