UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

VIRGINIA ENGLISH            Plaintiff

v.            Civil Action No. 1:23-CV-128-RGJ

ABERCROMBIE & FITCH STORES, INC.            Defendant

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 63], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

August 4, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record, Jury Clerk-BG