**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN**

| | |
|---|---|
| **VIRGINIA ENGLISH,** | |
|     **Plaintiff,** | |
| **v.** | **Case No. 1:23-CV-00128-RGJ** |
| **ABERCROMBIE AND FITCH STORES, INC. d/b/a HOLLISTER CO., and ABERCROMBIE & FITCH MANAGEMENT CO.** | |
|     **Defendants.** | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Virginia English ("Plaintiff") and Defendants Abercrombie and Fitch Stores, Inc. d/b/a Hollister Co., and Abercrombie & Fitch Management Co. ("Defendants"), by and through undersigned counsel, agree and hereby stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice, with each party to bear its own costs.

                                       **Respectfully Submitted:**

                                       ***/s/ Ann Weber Langley***
                                       James C. Bradshaw III, #85633
                                       Ann Weber Langley, *pro hac vice*
                                       WYATT, TARRANT & COMBS, LLP
                                       333 Commerce Street, Suite 830
                                       Nashville, Tennessee  37201
                                       (615) 244-0020
                                       jbradshaw@wyattfirm.com
                                       alangley@wyattfirm.com

                                       *Counsel for Defendants*

Rebecca Grady Jennings, District Judge
United States District Court

October 8, 2025

*/s/ Mariana Goff w/ permission*
Mariana Goff
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42102
270-782-6003, Ext. 209
mgoff@hughesandcoleman.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served via U.S. District Court ECF system upon the following on this the 6th day of October, 2025:

Mariana Goff
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42102
mgoff@hughesandcoleman.com

*/s/Ann Weber Langley*

2

1